Robert W. Mauriello, Jr. (RM-0850)
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700
Attorneys for Defendants
The Travelers Indemnity Company
The Charter Oak Fire Insurance Company

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TOWN OF HIGHLANDS,<br><br>Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY and THE CHARTER OAK FIRE INSURANCE COMPANY,<br>Defendants. | Civil Action No.: 1:07-CV-07263 (LLS)<br><br>STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT |

THIS MATTER having been opened to the Court upon the application of Graham Curtin, P.A., attorneys for defendants The Travelers Indemnity Company and The Charter Oak Fire Insurance Company (collectively, "Travelers"), and Heller, Horowitz & Feit, P.C., attorneys for plaintiff The Town of Highlands, having consented hereto, and for good cause shown;

IT IS on this ___19th___ day of September, 2007,

474293_2

ORDERED that the time within which Travelers may Answer, move or otherwise respond to the Complaint filed by The Town of Highlands be and is hereby extended through and including September 27, 2007.

*Louis L. Stanton*
~~SXXXXXXXXXXXXXXXXXXXX~~
Louis L. Stanton, U.S.D.J.

We hereby consent to the form
and entry of the within Order:

GRAHAM CURTIN, P.A.
Attorneys for Defendants
The Travelers Indemnity Company
The Charter Oak Fire Insurance Company

HELLER, HOROWITZ & FEIT, P.C.
Attorneys for Plaintiff
The Town of Highlands

By: _____
Robert W. Mauriello, Jr.

By: _____
Allen M. Eisenberg

Dated: September 12, 2007

Dated: September 17, 2007

474293_2