UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TOWN OF HIGHLANDS,<br><br>            Plaintiff,<br><br>   v.<br><br>THE TRAVELERS INDEMNITY COMPANY and THE CHARTER OAK FIRE INSURANCE COMPANY,<br><br>            Defendants. | Civil Action No.: 07 CV 7263 (LLS)<br><br>Honorable Louis L. Stanton, U.S.D.J.<br>United States District Judge<br><br><br>RULE 7.1 DISCLOSURE STATEMENT<br><br>[Document Electronically Filed] |

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants The Travelers Indemnity Company and The Charter Oak Fire Insurance Company certify that the following are corporate parents and affiliates of said parties, which are publicly held.

       The Travelers Indemnity Company is a subsidiary of Travelers Insurance Group Holdings, Inc., which is a subsidiary of Travelers Property Casualty Corporation, which is a subsidiary of The Travelers Companies, Inc., a publicly traded company.

       The Charter Oak Fire Insurance Company is a subsidiary of The Travelers Indemnity Company, which is a subsidiary of Travelers Insurance Group Holdings, Inc., which is a subsidiary of Travelers Property Casualty Corporation, which is a subsidiary of The Travelers Companies, Inc., a publicly traded company.

478289_1

                        By:  s/ Robert W. Mauriello, Jr.
                            Robert W. Mauriello, Jr. (RM-0850)
                            GRAHAM CURTIN, P.A.
                            4 Headquarters Plaza
                            P.O. Box 1991
                            Morristown, New Jersey 07962-1991
                            (973) 292-1700

                            Attorneys for Defendants
                            The Travelers Indemnity Company
                            The Charter Oak and Fire Insurance Company

Dated: September 27, 2007

478289_1