ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TOWN OF HIGHLANDS,<br><br>Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY and THE CHARTER OAK FIRE INSURANCE COMPANY,<br>Defendants. | Civil Action No.: 1:07-CV-07263 (LLS)<br><br>CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER |

This Civil Case Management Plan, submitted at the November 16, 2007 initial conference in accordance with Rule 26(f), Fed. R. Civ. P., is adopted as the Scheduling Order of this Court in accordance with Rule 16(f), Fed. R. Civ. P.

1.  All parties do not consent to conduct all further proceedings before a Magistrate Judge.

2.  Plaintiff has requested that this case be tried to a jury.

3.  The parties are in the process of determining whether additional parties must be added to this action. Specifically, there may be other insurer(s) (the name(s) of which are currently unknown to Plaintiff) identified in discovery that should be added to this insurance coverage action. Prior to the close of fact discovery, Plaintiff or Defendant may file an amended pleading to add additional insurer(s).

4.  Initial disclosures pursuant to Rules 26(a)(1), Fed. R. Civ. P. shall be completed on or before December 1, 2007.

5.  All <u>fact</u> discovery shall be completed no later than April 15, 2008.

6.  The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim

498809_1

deadlines may be extended by the written consent of all parties without application to the Court, provided all fact discovery is completed by the date set forth in paragraph 5 above:

    a.    Initial requests for production of documents and initial interrogatories to be served by December 15, 2007, with responses to both due January 30, 2008.

    b.    Depositions to be completed by April 1, 2008.

    c.    Requests to Admit to be served no later than April 1, 2008.

7.    a.    All expert discovery to be completed no later than June 30, 2008.

    b.    No later than March 15, 2008, the parties shall meet and confer on a schedule set for expert disclosures, reports, production of underlying documents and depositions, provided that (i) Plaintiff's expert report(s) shall be due before those of Defendants' expert (s); and (ii) all expert discovery shall be completed by the date set forth in paragraph 7(a).

8.    All motions and applications shall be governed by the Court's Individual Practices, including pre-motion conference requirements.

9.    The next Case Management Conference is scheduled for _Friday February 8, 2008 at 12 noon_  LLS

This ORDER shall not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend shall be made in a written application in accordance with paragraph 1(E) of the Court's Individual Practices and shall be made no less than five (5) days prior to the expiration of the date sought to be extended.

                                                        _Louis L. Stanton_
                                                          Louis L. Stanton, U.S.D.J.

Dated: New York, New York
        November 16, 2007

The Parties hereby consent to this
Civil Case Management Plan and
Scheduling Order:

GRAHAM CURTIN, P.A.
Attorneys for Defendants
The Travelers Indemnity Company
The Charter Oak Fire Insurance Company

By: _____
Robert W. Mauriello, Jr.

HELLER, HOROWITZ & FEIT, P.C.
Attorneys for Plaintiff
The Town of Highlands

By: _____
Maurice W. Heller
Allen M. Eisenberg

498809_1