DOIG, CORNELL & MANDEL
ATTORNEYS AT LAW
14 SOUTH MAIN STREET
NEW CITY, ROCKLAND COUNTY
NEW YORK 10956

(914) 634-7901

J. MARTIN CORNELL
MYRON I. MANDEL

STEPHEN G. DOIG
COUNSEL

February 7, 1975

Mr. Arthur J. Yagel
Supervisor
Town of Highlands
Town Hall
213 Main Street
Highland Falls, N.Y. 10928

   Re: Town of Highlands with Frank GIbney, Inc.

Dear Art:

The following is a summary for your file of the Town's purchase of the property of Frank Gibney, Inc. for use as the Town Highway Garage.

The Town paid Gibney the full purchase price of $59,500.00 without any adjustment for taxes, etc. Because of the various liens on the property, all of the checks drawn in payment of the purchase price were drawn to satisfy these liens. In all cases, however, the checks were approved by Frank E. Gibney.

Out of your revenue sharing you drew two checks:

| | | |
|---|---|---|
| Check No. 338 | Mortgage service company | $14,825.51 |
| Check No. 340 | Milton M. Schussheim, Trustee (satisfaction of N.Y. State tax lien) | 5,597.65 |

Out of the general fund account you drew the following checks:

| | | |
|---|---|---|
| Check No. 552 | Qualitas Realty | $37,912.32 |
| Check No. 553 | Dept. of Labor | 354.52 |
| Check No. 554 | Milton M. Schussheim | 810.00 |
| | | $59,500.00 |

TOH 001151

DOIG, CORNELL & MANDEL
ATTORNEYS AT LAW
14 SOUTH MAIN STREET
NEW CITY, ROCKLAND COUNTY
NEW YORK 10956

(914) 634-7901

J. MARTIN CORNELL
MYRON I. MANDEL

STEPHEN G. DOIG
COUNSEL

February 21, 1975

Mr. Norman Drew
Town Clerk
Town of Highlands
213 Main Street
Highland Falls, N.Y. 10928

Re: Town of Highlands with Frank Gibney, Inc.

Dear Norman:

Enclosed please find Deed, Frank Gibney, Inc. to the Town of Highlands dated January 31, 1975 and recorded in the Orange County Clerk's Office on February 3, 1975 in Liber 2000, page 122.

Please acknowledge receipt of the original Deed by signing the copy of this letter enclosed herewith and returning the same to me in the self-addressed envelope provided.

Thank you very much.

Very truly yours,

Myron I. Mandel

Enc.
MIM/ds

TOH 001200