R.M. HANNAWALT CO..
P. O. BOX 32
FORT MONTGOMERY, NY 10922

September 30, 1997

Town of Highlands
Main Street
Highland Falls, NY 10928

RE: INVOICE
   Old Town Garage
   Firefighter's Memorial Drive
   Fort Montgomery

   For the Demolition and Removal of Old Building

   Total.........$ 10,680 00

            Thank You!

            *[signature]*
            Roy Hannawalt

TOH 000612

# INVOICE

**LUZON OIL CO., INC.**
(914) 434-7805
P.O. BOX 1070
WOODRIDGE, NY 12789

FED ID 14-1577033

INVOICE NUMBER    797387

PAGE    1

SOLD TO:
Town of Highland
Attn: Tony Serviedo
254 Main Street
Highland, NY  10928

Job Location:
Old Rte. 9W
Fort Montgomery, NY

| CUSTOMER ID | CUSTOMER PO | SALES REP ID |
|---|---|---|
| Town of High. | JOb#02-11604-97 | 000200 |

| PAYMENT TERMS | INVOICE DATE | DUE DATE |
|---|---|---|
| Net 10 Days | 7/31/97 | 8/10/97 |

| DESCRIPTION | AMOUNT |
|---|---|
| Disposal of one (1) 10,000 gallon tank as per quote #211604 | 800.00 |

Please supply tax exempe certificate with payment

|  |  |
|---|---|
| Subtotal | 800.00 |
| Sales Tax |  |
| Total Invoice Amount | $800.00 |
| Payment Received | 0.00 |
| Balance Due | $800.00 |

Finance charges will be accessed on all overdue amounts.

TOH 000616

with road closures and traffic problems.

OLD BUSINESS

American Patriotism Committee: John Bennett informed the Board that the committee's estimate to build the memorial is approximately $3,000; to date they have $2,089. Mr. Bennett also supplied the Board with pictures of the material they plan to use for the memorial. The committee has a volunteer to set the flag poles, and requested permission to do so.

The Board suggested the committee consult Councilman Kurtzke and Chief Whiffen about the project to be sure it will not interfere with parking at the Police Station.

Mr. Mandel and the Supervisor strongly suggested the committee contact and work with the VFW and/or American Legion, organizations that have tax exempt status.

NEW BUSINESS

Fire Alarms: Councilman Parry made a motion, seconded by Councilman Ripa, to solicit bids for a mechanical fire alarm to be installed in the Town Hall. Motion carried 1-absent (Kurtzke).

Police Officers: Councilman Perry made a motion, seconded by Councilman Parry, to hire Charles Noller and David Ramsey, Part-Time Police Officers, for the purpose of attending the Orange County Part-Time Police Officer Academy, at no cost to the Town. Motion carried 1-absent (Kurtzke).

Court Computer: Councilman Perry made a motion, seconded by Councilman Ripa, to approve the request from the Justice Court to purchase computer equipment, not to exceed the amount in the account (approximately $19,800). Motion carried 1-absent (Kurtzke).

Old Town Garage: Councilman Perry made a motion, seconded by Councilman Parry, to award the low bid of $10,680 submitted by Roy Hannawalt to demolish and remove the old town garage. Motion carried (1-absent (Kurtzke).

Police Request: Councilman Parry made a motion, seconded by Councilman Perry, to permit a police officer to take the Chevy Tahoe four-wheel drive vehicle to Camp Drum to attend training for one (1) week. Motion carried 3-ayes; 1-absent (Kurtzke); 1-abstain (Ripa).

WATER DISTRICT #2 OF THE TOWN OF HIGHLANDS

Councilman Parry made a motion seconded by Councilman Ripa, to adopt the following Resolution. A roll call vote resulted: 4-ayes (Parry, Perry, Ripa, D'Onofrio) 1-absent (Kurtzke). Resolution adopted.

WHEREAS, residents of the Town of Highlands in the hamlet of Fort Montgomery has urged the Town Board to consider the establishment of a second water district within the Town to be known as Water District #2 of the Town of Highlands, and

WHEREAS, certain owners of real property within the hamlet of Fort Montgomery have expressed interest in contributing to the cost of installing a water main within the area of the new water district so that water will be available for the development of