SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK AS LIQUIDATOR OF

# *United Community Insurance Company*

(518) 438-6131 • (1-800) 525-8003
FAX (518) 438-7262

April 18, 2006

CLG Financial
172 Main Street
Nanuet, NY 10954

Attn: Nancy Calvario

RE:   Insured        :   Town of Highlands
      Claimant       :   Tonneson v. Sunoco, Inc.
      Date of Loss   :   08/10/93

Dear Ms. Calvario:

This will acknowledge receipt of your correspondence dated 03/29/06 received in our office on 04/18/06 relative to the captioned matter.

Please be advised that as this loss was not reported to United Community Insurance Company or the Liquidator on or before November 15, 2004, it is barred from receiving any payment or distribution there from. Enclosed herewith is a copy of the Order filed on 10/21/04 relative to the bar date.

Very truly yours,

Marc Danto /tc

Marc Danto
Claims Manager

MD/tc
Enc.

24 Aviation Road • P.O. Box 15093 • Albany, New York 12212-5093

At a term of the Supreme Court of the State of New York, held in and for the County of Schenectady, at Chambers, 433 Broadway, Saratoga, New York on the __ day of October, 2004.

PRESENT: HONORABLE FRANK B. WILLIAMS

STATE OF NEW YORK
SUPREME COURT            COUNTY OF SCHENECTADY

FILED
10/21/2004 3:00:03 PM
County Clerk
JOHN J. WOODWARD
SCHENECTADY COUNTY, NY
Inst Num:    200447382

In the Matter of the Application of

SALVATORE R. CURIALE, as Superintendent of
Insurance of the State of New York, for an order to
take possession of and liquidate the business and
affairs and dissolve

**ORDER**

Index No. 94-1270

UNITED COMMUNITY INSURANCE COMPANY.

---

UPON READING AND FILING the Affidavit of Andrew A. Alberti, as Agent for the Honorable Gregory V. Serio, Superintendent of Insurance of the State of New York, as Liquidator, dated July 27, 2004, together with the Exhibits annexed thereto; and the Court having executed an Order on July 28, 2004 directing that all interested persons, as defined therein, show cause as to why the relief proposed by the Application of the Liquidator should not be granted; and it appearing that notice of the Application having been duly made; and no opposition to the relief requested herein having been submitted; and due deliberation having been had thereon,

NOW, on motion of Andrew A. Alberti, as Agent for the Honorable Gregory V. Serio, Superintendent of Insurance of the State of New York, as Liquidator of United

Community Insurance Company, it is hereby

ORDERED, that the Application of the Liquidator is hereby GRANTED; and it is further

ORDERED, that any and all losses, whenever incurred, not reported to United Community Insurance Company ("UCIC") or the Liquidator on or before November 15, 2004, shall be barred as claims against the Estate of UCIC and shall be barred from receiving any payment or distribution therefrom.

Dated: October 18, 2004
Saratoga Springs, New York

_____
Hon. Frank B. Williams, J.S.C.

ENTER:

2