ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TOWN OF HIGHLANDS,<br><br>Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY and THE CHARTER OAK FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No.: 1:07-CV-07263 (LLS)<br><br>Honorable Louis L. Stanton, U.S.D.J.<br><br>STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

It is hereby stipulated, pursuant to *Fed. R. Civ. P.* 41(a), by and between Graham Curtin, P.A., attorneys for defendants, The Travelers Indemnity Company and The Charter Oak Fire Insurance Company (collectively, "Travelers"), and Heller, Horowitz & Feit, P.C., attorneys for plaintiff The Town of Highlands (the "Plaintiff"), that Plaintiff's claims in the Complaint against Travelers are hereby dismissed without prejudice and without costs against either party.

GRAHAM CURTIN, P.A.
Attorneys for Defendants
The Travelers Indemnity Company and
The Charter Oak Fire Insurance Company

By: _____
Robert W. Mauriello, Jr. (RM-0850)

Dated: Morristown, New Jersey
June 24, 2008

HELLER, HOROWITZ & FEIT, P.C.
Attorneys for Plaintiff
The Town of Highlands

By: _____
Maurice W. Heller (MH-7996)
Allen M. Eisenberg (AE-9102)

Dated: New York, New York
June 19, 2008

SO ORDERED this 25th day of June, 2008

_____
Hon. Louis L. Stanton, U.S.D.J.

586776_1